CLERMONT YORK ASSOC., Respondent, v LESLIE FEHER, Appellant.

Submitted February 6, 2012; decided April 3, 2012

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3; CPLR 5602).

---

In the Matter of DAVID D., a Disbarred Attorney, Appellant. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Respondent.

Submitted February 6, 2012; decided April 3, 2012

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.

Judge PIGOTT taking no part.